```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 32750
    JAMES MEDRANO
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-0314

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/02/2004 and was confirmed 11/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 07/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------------
HSBC AUTO FINANCE            SECURED          11200.00         1355.02       11200.00
ACTION CARD                  UNSECURED        NOT FILED            .00            .00
ASPIRE                       UNSECURED         1489.57             .00         148.96
AT & T WIRELESS              UNSECURED        NOT FILED            .00            .00
AT&T WIRELESS                NOTICE ONLY      NOT FILED            .00            .00
AT&T WIRELESS                NOTICE ONLY      NOT FILED            .00            .00
AMOCO BP                     UNSECURED        NOT FILED            .00            .00
BP AMOCO                     NOTICE ONLY      NOT FILED            .00            .00
CAPITAL ONE BANK             UNSECURED          461.58             .00          46.84
CARD PROCESSING CENTER       UNSECURED        NOT FILED            .00            .00
CITIBANK                     UNSECURED        NOT FILED            .00            .00
RJM AQUISITIONS FUNDING      UNSECURED          486.51             .00          48.65
RESURGENT ACQUISITION LL     UNSECURED         3443.54             .00         344.35
ILLINOIS DEPT OD REVENUE     UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING      UNSECURED          100.00             .00          10.00
COMMONWEALTH EDISON          UNSECURED        NOT FILED            .00            .00
PREMIER BANCARD CHARTER      UNSECURED          521.22             .00          52.12
FIRST PREMIER BANK           NOTICE ONLY      NOT FILED            .00            .00
HSBC AUTO FINANCE            UNSECURED         1782.31             .00         178.23
PEOPLES GAS LIGHT & COKE     UNSECURED        NOT FILED            .00            .00
NCM TRUST                    UNSECURED         3071.38             .00         307.14
PROVIDIAN                    NOTICE ONLY      NOT FILED            .00            .00
ECMC                         UNSECURED          768.54             .00          76.85
RESURGENT ACQUISITION LL     UNSECURED          729.38             .00          72.94
SHELL OIL                    NOTICE ONLY      NOT FILED            .00            .00
SPIEGEL                      UNSECURED        NOT FILED            .00            .00
ENHANCED RECOVERY CORPOR     NOTICE ONLY      NOT FILED            .00            .00
UNITED STATES DEPT OF ED     UNSECURED        NOT FILED            .00            .00
UNITED STATES DEPT OF ED     NOTICE ONLY      NOT FILED            .00            .00
UNIVERSAL LENDERS INC        UNSECURED         1088.51             .00         108.85
WASHINGTON MUTUAL FINANC     UNSECURED        NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC      DEBTOR ATTY       1,105.20                        1,105.20

                       PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 32750 JAMES MEDRANO
```

```
TOM VAUGHN                     TRUSTEE                                901.85
DEBTOR REFUND                  REFUND                                    .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 15,957.00

PRIORITY                                              .00
SECURED                                         11,200.00
    INTEREST                                     1,355.02
UNSECURED                                        1,394.93
ADMINISTRATIVE                                   1,105.20
TRUSTEE COMPENSATION                               901.85
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                  15,957.00                15,957.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 10/29/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE